# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BILLY JACK THOMAS,** : | |
| Petitioner, : | |
| : | |
| vs. : | **CIVIL ACTION 12-0365-KD-M** |
| : | |
| **TONY PATTERSON,** : | |
| Respondent. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 18, 2012 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this habeas petition is **DENIED** and that this action is **DISMISSED**. It is further **ORDERED** that, should Petitioner file a certificate of appealability, it is **DENIED** as he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **13**th day of **November 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**